UNITED STATES of America, Plaintiff—Appellee,

v.

**Rex Boyd WYNN, Defendant— Appellant.**

**No. 04–30209.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Aaron N. Lucoff, Esq., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Bob E. Pangburn, Esq., Caldwell, ID, for Defendant–Appellant.

Appeal from the United States District Court for the District of Idaho, Edward J. Lodge, District Judge, Presiding. D.C. No. CR–03–00159–EJL.

Before: O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM **

Rex Boyd Wynn appeals his 192–month sentence following his guilty plea to distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). We cannot determine from the record whether the district court would have imposed a materially different sentence if it had known that the Sentencing Guidelines were advisory rather than mandatory. Therefore, under

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc) and *United States v. Moreno–Hernandez*, 397 F.3d 1248, 1255 n. 8 (9th Cir.2005), *amended by* No. 03–30387, slip. op. 7773, 7794–95, 2005 WL 1560269 (9th Cir. July 5, 2005), we remand for the limited purpose of making that determination.

**REMANDED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.